Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 24 PM 2:16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

NEY DE LA CRUZ SANTOYO

vs

FIRST NATIONAL BANK OF ARIZONA,
AVELO MORTGAGE LLC

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0744 J BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

NEY DE LA CRUZ SANTOYO
636 CAREFREE DRIVE
SAN DIEGO, CA 92114

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | APR 24 2008 |
|---|---|
| CLERK | DATE |

J. PARIS

By , Deputy Clerk