Summons in a Civil Action (Rev 11/97)

FILED

08 APR 28 PM 1:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

NEY DE LA CRUZ SANTOYO

vs

FIRST NATIONAL BANK OF ARIZONA,
AVELO MORTGAGE LLC

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0744 [illegible]

TO: (Name and Address of Defendant)

1st National Bank of Arizona
17600 N. Perimeter Dr
Scottsdale, AZ 85255

FAXED - 4/28/08
(480) 458-2090

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

NEY DE LA CRUZ SANTOYO
636 CAREFREE DRIVE
SAN DIEGO, CA 92114

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

J. PARIS

APR 24 2008

DATE

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 4/28/08 |
|---|---|
| NAME OF SERVER Dennis Gray. | TITLE Transmitter |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: ________

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ________

Return unexecuted:

X Other (specify): #7008-0150-0002-6259-4168 Certified Mail Return Receipt Requested.

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 4/28/08
Date

Dennis Gray
Signature of Server

954 Surrey Dr, Bonita, CA 91902
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

7008 0150 0002 6259 4458

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

DALLAS TX 75266

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.75 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.55 |

Postmark Here

0902 BONITA CA 91902-9998 06 USPS 04/28/2008

Sent To Avelo Mtg
Street, Apt. No.; or PO Box No. Box 66138
City, State, ZIP+4 Dallas TX 75266

PS Form 3800, August 2006 See Reverse for Instructions

7007 2560 0000 6380 0862

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SCOTTSDALE AZ 85255

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.75 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.55 |

Postmark Here

0902 BONITA CA 91902-9998 06 USPS 04/28/2008

Sent To 1st NAT BNK of AZ
Street, Apt. No.; or PO Box No. 17600 N. Perimeter Dr
City, State, ZIP+4 Scottsdale, AZ 85255

PS Form 3800, August 2006 See Reverse for Instructions

7008 0150 0002 6259 4168

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

FORT WORTH TX 76155

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.75 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.55 |

Postmark Here

0902 BONITA CA 91902-9998 06 USPS 04/28/2008

Sent To Robert Jackson Avelo MTG
Street, Apt. No.; or PO Box No. 14800 Frye Rd.
City, State, ZIP+4 FT WTH TX 76155

PS Form 3800, August 2006 See Reverse for Instructions