# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEY DE LA CRUZ SANTOYO,<br>Plaintiff,<br>vs.<br>FIRST NATIONAL BANK OF ARIZONA, an Arizona Corporation and AVELO MORTGAGE LLC, a Delaware Limited Liability Company,<br>Defendants. | CASE NO. 08CV0744-LAB (BLM)<br>**ORDER OF DISMISSAL** |

On April 30, 2008, the Court issued an order directing Plaintiff to show cause why this action should not be dismissed for lack of jurisdiction and why, in the alternative, abstention was not appropriate. The order required Plaintiff to respond within 30 calendar days, and warned her that if she failed to show cause as ordered within the time permitted, this action would be dismissed without prejudice without further notice to her.

Plaintiff has failed to respond or otherwise show cause within the time permitted. For reasons explained in the Court's order of April 30, 2008, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED: June 9, 2008

HONORABLE LARRY ALAN BURNS
United States District Judge